| STATE OF INDIANA | ) | | |
|---|---|---|---|
| | ) | SS: | ST. JOSEPH CIRCUIT COURT |
| COUNTY OF ST. JOSEPH | ) | | |

KATHLEEN FILIP )
and )
EDWARD G. FILIP, )
        )
    Plaintiffs, )
        )
v. ) CAUSE NO. 71C01-2312-CT-000632
        )
CELINA INSURANCE GROUP D/B/A )
CELINA MUTUAL INSURANCE COMPANY, )
        )
    Defendants. )

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, Kathleen Filip and Edward G. Filip, by and through their undersigned attorney, and for their cause of action against the Defendants, allege and say:

1. At all times relevant to this action, the Plaintiffs were adult citizens residing in the state of Indiana, cohabitating as husband and wife.

2. Based upon best knowledge and belief, Defendant Celina Insurance Group does business in Indiana under a d/b/a known as Celina Mutual Insurance Company. The Defendants are believed to be headquartered in Celina, Ohio; however, they are licensed to sell casualty insurance and otherwise conduct business in the state of Indiana.

3. At all times relevant to this action, the Defendants sold casualty insurance policies to the Plaintiffs, namely two casualty policies, specifically policy numbers 7211742-0 and 7285794-0. Both policies provide protection against uninsured and underinsured individuals who potentially could cause harms and losses to the Plaintiffs.

1

4. The Plaintiffs bought the aforementioned insurance policies through their insurance representative, namely John M. Small Insurance Agency located at 300 Michigan Street in Walkerton, Indiana, which is located in St. Joseph County, state of Indiana.

5. The Plaintiffs currently are residents of St. Joseph County, state of Indiana.

6. On or about January 3, 2022, at approximately 11:02 a.m., Plaintiff Kathleen Filip was stuck by an automobile owned by Linda Palmer Grier but operated by Tracie M. Harms. The location of the auto/pedestrian collision occurred at or near the intersection of CR 867A Del Prado Boulevard South in the city of Cape Coral, county of Lee, state of Florida.

7. At the time of the collision mentioned above Tracie M. Harms was operating an automobile in a careless and negligent fashion which caused said automobile to inflict serious and permanent injury upon the person of Plaintiff Kathleen Filip. Further, at the time of the collision complained of, Kathleen Filip had the walk signal and was traversing a public road by using a pedestrian crosswalk, having established the right-of-way. The automobile Defendant Harms was operating failed to yield to the pedestrians in the crosswalk and therefore was solely responsible for the injuries sustained by Plaintiff Kathleen Filip.

8. The negligent at-fault Defendant, Tracie M. Harms, was covered by a policy of insurance issued by Geico General Insurance Company, policy number 6000723988. The Geico policy provided for liability coverage of $25,000 per person and $50,000 per occurrence with a $5,000 medpay.

9. The injuries, pain, suffering and other losses suffered as a result of the aforementioned pedestrian/auto collision far exceed the coverage of the responsible tortfeasor, namely Tracie M. Harms.

10. The underlying tortfeasor, Tracie M. Harms, has tendered the Geico policy limits under the policy referred to in rhetorical paragraph number 8 above.

11. Currently, the policies referred to in rhetorical paragraph number 3 above constitute valid contracts between the Plaintiffs and the named Defendants and each of them.

12. Plaintiffs have satisfied all conditions precedent under their insurance contracts and now seek reasonable compensation pursuant to the underinsured-uninsured clauses as provided in the casualty policies issued and referred to in rhetorical paragraph number 3.

13. Plaintiff Edward G. Filip seeks compensation for his consortium loss of services that occasioned and resulted from the injuries sustained by his wife, Plaintiff Kathleen Filip.

14. Plaintiff Kathleen Filip seeks reasonable compensation for her injuries, harms and losses, sustained as a result of the negligence of the underlying tortfeasor Tracie M. Harms.

15. This cause of action and the claims made herein are based upon contract theory. Further, Plaintiffs have made demand upon the Defendants and each of them for compensation in excess of the coverage of the underlying tortfeasor but have been unsuccessful in resolving same.

16. The Plaintiffs have fully performed all of the obligations and preconditions as required by the Celina policies of insurance. Additionally, they have exhausted the underlying tortfeasor's coverage with notice to the defendants.

WHEREFORE, Plaintiffs respectfully request a judgment in their favor, and against the Defendants and each of them, that will reasonably compensate them for their losses, and for all other relief proper in these premises.

Respectfully submitted,

**RAMEY & HAILEY**

*s/Richard D. Hailey*
Richard D. Hailey
P.O. Box 40849
Indianapolis, IN 46240
Telephone: (317) 582-0000
Facsimile: (317) 582-0080

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2023, I electronically filed the foregoing Plaintiffs' Complaint for Damages using the Indiana E-Filing System (IEFS).

*s/Richard D. Hailey*
Richard D. Hailey

**RAMEY & HAILEY**
P.O. Box 40849
Indianapolis, IN 46240
E-mail: rich@rameyandhaileylaw.com
Telephone: (317) 582-0000
Facsimile: (317) 582-0080

4