UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KATHLEEN FILIP, et al.,

    Plaintiffs,

    v.                                            Case No. 3:24-CV-30-CCB-SJF

CELINA INSURANCE GROUP,

    Defendant.

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal (ECF 22) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, without costs to any party. The Clerk is **DIRECTED** to close this case.

SO ORDERED on September 16, 2025.

                                        /s/ *Cristal C. Brisco*
                                        CRISTAL C. BRISCO, JUDGE
                                        UNITED STATES DISTRICT COURT